UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY GOODS, | No. 2:23-cv-2790 DB P |
| Plaintiff, | |
| v. | ORDER |
| DAVID BAUGHMAN, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se with a civil rights action, has requested an extension of time to file a response to the March 5, 2024, order regarding the application of the statute of limitations. Plaintiff states that he has had difficulty accessing the library. This court finds good cause for plaintiff's request. This court also notes that plaintiff did not sign the request. Plaintiff is advised that he must sign all documents he files with the court. See E.D. Cal. R. 131(b).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 10) is granted; and

////

////

2. Plaintiff is granted thirty days from the date of this order in which to file a response to the court's March 5 order.

Dated: April 12, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB prisoner inbox/civil rights/R/good2790.36rsp